# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT SAMUEL                             :
    Plaintiff,

    v.                                    :
                                                           CIVIL ACTION
EQUIFAX INFORMATION SERVICES,                NO. 18-1073
LLC.                                       :
    Defendant.

**ORDER**

AND NOW, this 20th day of June, 2018, upon consideration of Plaintiff's Motion to Remand (ECF No. 7) and Defendant's Opposition thereto (ECF No. 8), it is hereby ORDERED that said Motion is DENIED for the reasons set forth in this Court's accompanying Memorandum.

                                                                 BY THE COURT:

                                                                 /s/ C. Darnell Jones, II    J.